JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE CERTIFICATION OF

LAW STUDENT
RYAN EDWARDS.

In accordance with LR IA 11-5, I certify that:

(a)   I (and all of the Assistant United States Attorneys working in the United State Attorney's Office for the District of Nevada) have been admitted to practice before the highest court of a state for two years or longer and have been admitted to practice before this Court.

(b)   I will supervise the work of RYAN EDWARDS and will require all Assistant United States Attorneys with whom he works to supervise him in any oral presentations before the Court and will ensure that all requirement of LR IA 11-5 are met.

(c)   RYAN EDWARDS, currently enrolled as a law student at the William S. Boyd School of Law, University of Nevada, Las Vegas, has knowledge of and is familiar

/ / /

/ / /

/ / /

/ / /

with the Federal Rules of Criminal Procedure, Civil Procedure, and Evidence, the Model Rules of Professional Conduct, and all other rules of this Court.

Respectfully submitted this 3rd day of March, 2023.

JASON M. FRIERSON
United States Attorney

_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN RE CERTIFICATION OF

LAW STUDENT
RYAN EDWARDS.

**ORDER**

The Court has read and considered the application of RYAN EDWARDS to be certified as a law student intern under the supervision of the United States Attorney's Office of the District of Nevada, pursuant to LR IA 11-5 of the Local Rules of the United States District Court for the District of Nevada.

Upon consideration of the application, and for the reasons stated therein and good cause appearing:

IT IS HEREBY ORDERED that RYAN EDWARDS is admitted before this Court pursuant to LR IA 11-5.

DATED this __3rd__ day of __March__, 2023.

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT